Donald N. Peterson, II, #13805
WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC
O.W. Garvey Bldg., Suite 1010
200 W. Douglas
Wichita, KS  67202
316.267.1562 (telephone)
316.303.1018 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY A. GEER, GERALD LABOUFF, DAVID BERRY, JESSICA CASPER, CATHY JAMES, ANGELA MOUNT, IRA L. PARKER,III, and RYAN PATTERSON on behalf of themselves and other past and present employees similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CHALLENGE FINANCIAL INVESTORS CORP. d/b/a CFIC HOME MORTGAGE and CHALLENGE MORTGAGE; HAROLD BARIAN; HIRAM E. BLOMQUIST; MICHAEL J. RILEY; JOE RAMIS; KEN RACH; TRENT WILLIAMSON; CHRIS FAORO; MICHAEL GONZALES; TOD HOWARD, NATIONS HOLDING COMPANY; THE NATIONS HOLDING COMPANY 401K PLAN; ADMINISTRATORS OF THE HOLDING COMPANY 401K PLAN; PIGGYBANKER STOCK COMPANY, and CHRIS LIKENS  )<br><br>Defendants.  ) | Case No. 05-1109 JTM |

**MOTION BY CFIC AND PIGGYBANKER STOCK COMPANY
FOR PROTECTIVE ORDER REGARDING
<u>PLAINTIFFS' 30(b)(6) DEPOSITION NOTICES</u>**

COME NOW defendants Challenge Financial Investors Corp. ("CFIC") and Piggybanker Stock Company ("Piggybanker"), collectively "the defendants," and hereby move the court for a protective order, pursuant to Fed. R. Civ. P. 26(b)(2), regarding the plaintiffs' deposition notices pursuant to Fed. R. Civ. P. 30(b)(6). The court should grant this motion on the basis that the

deposition notices request information that is not reasonably calculated to lead to the discovery of relevant evidence, is unduly burdensome, is confidential, and for other reasons more specifically articulated in the memorandum in support of this motion which defendants have filed.

Submitted by:

WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC
O.W. Garvey Building
200 W. Douglas, Suite 1010
Wichita, KS 67202
316.267.1562 (Telephone)
316.303.1018 (Facsimile)
dpeterson@withersgough.com

   s/ Donald N. Peterson, II
   Donald N. Peterson, II
   Attorney Bar No.  13805

and

SCOTT A. FISHER, ESQ.
Florida Bar No.:  0149111
RUSSELL BUHITE, ESQ.
Florida Bar No.:  0831085
FOWLER WHITE BOGGS BANKER P.A.
501 First Avenue North, Suite 900
St. Petersburg, Florida  33701
Telephone:     (727)  825-3687
Facsimile:     (813)  229-8313
Attorneys for Defendant

*Attorneys for the CFIC Defendants
and Piggybanker Stock Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of March 2007, I electronically filed the foregoing ***Motion by Defendants CFIC and Piggybanker Stock Company for Protective Order Regarding Plaintiffs' 30(b)(6) Deposition Notices*** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Boyd A. Byers
Foulston Siefkin LLP
1551 N. Waterfront Pkwy., Ste. 100
Wichita, KS  67206-4466
***Attorneys for Plaintiffs***

Scott Hecht
Christopher Leopold
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
***Attorneys for the Nations Defendants***

        s/ Donald N. Peterson, II
Donald N. Peterson, II
Attorney Bar No.  13805
***Attorney for the CFIC Defendants***
WITHERS, GOUGH, PIKE & PETERSON, LLC
200 W. Douglas, Suite 1010
Wichita, KS  67202
316.267.1562 (telephone)
316.303.1018 (facsimile)
dpeterson@withersgough.com

And

SCOTT A. FISHER, ESQ.
Florida Bar No.:  0149111
FOWLER WHITE BOGGS BANKER P.A.
501 First Avenue North
Suite 900
St. Petersburg, Florida  33701
Telephone:    (727)  825-3687
Facsimile:      (813)  229-8313

#2585565v1