IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jeffrey A. Geer, Gerald LaBouff, Dave Berry, Jessica Casper, Cathy James, Angela Mount, Ira L. Parker III, and Ryan Patterson, on behalf of themselves and other past and present employees similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Challenge Financial Investors Corp., PiggyBanker Stock Company, Harold Barian, Hiram E. Blomquist, Chris Faoro, Michael Gonzales, Tod Howard, Ken Rach, Joe Ramis, Michael J. Riley, Trent Williamson, Nations Holding Company 401K Plan, Nations Holding Company, Administrators of the Nations Holding Company 401K Plan, and Chris Likens,<br><br>　　　　　　　Defendants. | Case No. 05-CV-1109-JTM |

## **ORDER**

Based on the Joint Motion of the Parties (Doc. 346) and for good cause shown, it is hereby ordered that:

　　　(1)　Jose Burgos, Keith London, Charlotte Green, Carl Mazzurco, Leigh Ann Fuentes, Michele Picard, Christopher Thibodeaux, Julio Corcino are hereby allowed to opt-in, and are deemed to have opted-in, to this case as members of the plaintiff class for purposes of settlement, as referred to in the Joint Motion (Doc. 346);

　　　(2)　Should the Court fail to approve the parties' settlement as referred to in the Joint Motion (Doc. 346), it shall be defendants' option to move to dismiss these class members;

plaintiffs will not object to that motion, and the Court will dismiss these class members;

   (3) The Court acknowledges, and enters this order based on, the agreement of the plaintiffs and defendants that, in the event the settlement is not approved and Jose Burgos, Keith London, Charlotte Green, Carl Mazzurco, Leigh Ann Fuentes, Michele Picard, Christopher Thibodeaux, and Julio Corcino are dismissed from this case, all applicable statutes of limitations will be tolled, with respect to each of these persons, from the date on which that person first became a party to that lawsuit filed in the United States District Court for the Northern District of Iowa styled Burgos v. Challenge Financial Investors Corp, et al., No. 07-CV-0013 (whether by initial filing, joining as a named plaintiff, or filing an opt-in consent form) until thirty (30) days after the date (if any) on which these persons are dismissed from this case.

   IT IS SO ORDERED.

Dated: September 28, 2007          s/ DONALD W. BOSTWICK
                     Honorable Donald W. Bostwick
                     United States Magistrate Judge