IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Jeffrey A. Geer, Gerald LaBouff, <br> Dave Berry, Jessica Casper, Cathy James, <br> Angela Mount, Ira L. Parker III, <br> and Ryan Patterson, <br>     on behalf of themselves <br>     and other past and present <br>     employees similarly situated, <br><br>                      Plaintiffs, <br><br> v. <br><br> Challenge Financial Investors Corp., <br> PiggyBanker Stock Company, Harold <br> Barian, Hiram E. Blomquist, Chris Faoro, <br> Michael Gonzales, Tod Howard, Ken <br> Rach, Joe Ramis, Michael J. Riley, <br> Trent Williamson, Nations Holding <br> Company, and Chris Likens, <br><br>                      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br> Case No. 05-CV-1109-DWB |

**ORDER APPROVING ATTORNEYS' FEES AND EXPENSES**

NOW on this 12th day of October, 2007, having reviewed the pleadings in the case, including the Joint Stipulation of Settlement and attached Appendix A and Supplement to Appendix A executed by the parties and filed under seal (Doc. 350) (Sealed), and having reviewed the materials provided by Plaintiffs' counsel to the Court for *in camera* inspection, including copies of representative fee agreements, itemized billing statements showing both attorney time and expenses, and calculations of distributions to be made as part of the Order Finally Approving FLSA Collective Action Settlement (Doc. 351), and having considered applicable case law, the Court enters this

Order approving attorneys' fees for Plaintiffs' counsel in this case in the amount and calculated as set out in the Supplement to Appendix A to the Joint Stipulation of Settlement (Doc. 350-3) (Sealed). The Court specifically finds that such fees and expenses are fair and reasonable.

IT IS THEREFORE ORDERED that the attorneys' fees and expenses for Plaintiffs' counsel in this case in the amount and calculated as set out in the Supplement to Appendix A to the Joint Stipulation of Settlement (Doc. 350-3) (Sealed) are hereby approved in connection with the approval of the settlement in this case.

Dated this 12th day of October, 2007 at Wichita, Kansas

 s/   DONALD W. BOSTWICK
Honorable Donald W. Bostwick
United States Magistrate Judge